1  **WEILAND, GOLDEN,**
   **SMILEY, WANG EKVALL & STROK, LLP**
2  Evan D. Smiley, State Bar No. 161812
   Reem J. Bello, State Bar No. 198840
3  Kyra E. Andrassy, State Bar No. 207959
   650 Town Center Drive, Suite 950
4  Costa Mesa, CA 92626
   Telephone: 714-966-1000
5  Facsimile: 714-966-1002

6  Proposed Insolvency Counsel for RSM BFS
   Partners, a California limited partnership,
7  Debtor and Debtor-in-Possession

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 **SANTA ANA DIVISION**

11 In re                                           ) Case No. 8:08-bk-17771 TA
                                                   )
12 RSM BFS PARTNERS, a California limited          ) Chapter 11 Case
   partnership,                                    )
13                                                 ) **NOTICE OF HEARING ON**
                      Debtor and                   ) **EMERGENCY MOTIONS FOR ORDERS**
14                    Debtor-in-Possession.        ) **AUTHORIZING:**
                                                   )
15 ─────────────────────────────────────           )
                                                   ) 1. **USE OF CASH COLLATERAL;**
16 ___ Affects BRECKENRIDGE FOOD                   ) 2. **PAY PRE-PETITION PAYROLL;**
       SYSTEMS, INC. Only                          ) 3. **MERCHANT SERVICES**
                                                   )    **AGREEMENTS; AND**
17 ___ Affects RIVER KING, L.P. Only               ) 4. **ESTABLISHING UTILITY**
                                                   )    **PROCEDURES**
18 ___ Affects RIVER KING, LLC Only                )
                                                   ) DATE: NOVEMBER 26, 2008
19 ___ Affects RSM BFS PARTNERS Only               ) TIME: 10:00 A.M.
                                                   ) CTRM: 5B
20 _X_ Affects All Debtors.                        )
                                                   )
21

22 **TO THE UNITED STATES TRUSTEE, SECURED CREDITORS, 20 LARGEST**
23
   **CREDITORS AND TO ALL PARTIES IN INTEREST:**
24
       **NOTICE IS HEREBY GIVEN** that on November 26, 2008, at 10:00 a.m. in
25
   Courtroom 5B of the United States Bankruptcy Court for the Central District of California,
26
   Santa Ana Division, the above referenced debtors-in-possession will seek: (1) approval of
27

28

NOTICE TO CREDITORS OF JOINT
ADMINISTRATION OF CASES

276189.1

the use of cash collateral; (2) payment of pre-petition payroll; (3) maintenance of merchant services agreements; and (4) establishment of utility adequate assurance procedures.

I. **GENERAL BACKGROUND**

Debtors are affiliated with approximately 50 entities owning and operating approximately 110 restaurants throughout California, Washington, and Oregon, and 60 entities owning and operating various real properties from which many of the restaurants lease space. Approximately thirteen of these affiliated cases have already been filed with the Court.

Debtors operate Burger King franchises in California and together have approximately 14 locations. Specifically, they operate the following locations:

    a.    Breckenridge Food Systems, Inc., operates locations in Irvine, Santa Ana, Aliso Viejo, Ladera Ranch, Orange, and two locations in Newport Beach.

    b.    River King, L.P., operates six Burger Kings in the Inland Empire and River King, LLC, is its general partner; and

    c.    RSM BFS Partners, a California limited partnership, operates a location in Rancho Santa Margarita.

Debtors have experienced a decline in their revenues because of the current economic climate and have fallen behind on various debts, including royalty payments to Burger King Corporation, which has issued notices of default to various of the Debtors. To prevent termination of the franchise agreements, Debtors require some breathing room from pre-petition creditors while they reorganize, close unprofitable stores as necessary, and rebuild themselves into viable businesses through the reorganization process.

II. **RELIEF SOUGHT BY DEBTORS IN EMERGENCY MOTIONS**

    A.    <u>Cash Collateral</u>

Debtors move the Court, on an emergency basis, for an order: (i) authorizing Debtors to use any cash collateral of any secured claimants; (ii) to grant to secured claimants post-petition replacement liens as and for adequate protection of Debtors' use

of any cash collateral of secured claimants, on the terms set forth in the motion; and (ii) setting a final hearing on this relief.

**B.    Payroll**

Debtors also seek an order authorizing payment of prepetition employee wage and salary obligations owed by Debtors up to the priority limit in Section 507(a) of the United States Bankruptcy Code, authorizing Debtors to pay the reimbursement of ordinary course prepetition employment business expenses in accordance with company policy, the payment of benefit obligations including 401(k) plan employer contributions, worker's compensation, medical, dental, life insurance, disability insurance, and miscellaneous other benefits incurred and payable in the ordinary course.

Debtors further seek authority to honor all prepetition vacation pay, sick leave, holiday pay, jury duty pay, and other paid leave claims in the ordinary course and to retain its prepetition payroll account(s) for 30 days and directing the bank or other financial institution not or otherwise impair Debtors' ability to deposit funds into and to withdraw funds from said account(s).

Finally, Debtors seek authority to take all actions reasonable and necessary to comply with its obligations to its existing payroll services such as ADP and for the entry of an order: (i) directing all banks to honor Debtors' prepetition checks for payment of any of the foregoing, and (ii) prohibiting all banks from placing any holds on, or attempting to reverse, any automatic transfers on account of the foregoing.

**C.    Merchant Services Agreements**

Debtors seek authority from the Court to maintain their pre-petition merchant services accounts and compelling Chase Merchant Services, American Express and Discover Financial Services, Inc. to continue providing merchant services to Debtors.

**D.    Utilities**

Debtors also seek an order:

(A)    Prohibiting utilities from altering, refusing or discontinuing service;

(B)    Deeming utilities adequately assured of future performance; and

276189.1

(C) Establishing procedures for determining adequate assurance of future payment.

All motions have been set on an emergency basis. Opposition, if any shall be made at the time of the hearing on the motions.

Dated: November 25, 2008

WEILAND, GOLDEN
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ Reem Bello
EVAN D. SMILEY
REEM J. BELLO
KYRA E. ANDRASSY
Proposed Insolvency Counsel for RSM BFS Partners, a California limited partnership, Debtor and Debtor-in-Possession