1 | **WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
2 | Evan D. Smiley, State Bar No. 161812
Reem J. Bello, State Bar No. 198840
3 | Kyra E. Andrassy, State Bar No. 207959
650 Town Center Drive, Suite 950
4 | Costa Mesa, CA 92626
Telephone: 714-966-1000
5 | Facsimile: 714-966-1002

6 | Proposed Insolvency Counsel for RSM BFS
Partners, a California limited partnership,
7 | Debtor and Debtor-in-Possession

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SANTA ANA DIVISION**

11 | In re                                                ) Case No. 8:08-bk-17771 TA
                                                          )
12 | RSM BFS PARTNERS, a California limited    ) Chapter 11 Case
partnership,                                          )
13 |                                                     ) **DECLARATION OF CLAUDIA**
                                                          ) **YOSHONIS OF TELEPHONIC NOTICE**
14 |                Debtor and                        ) **OF HEARING ON DEBTOR'S FIRST**
                Debtor-in-Possession.           ) **DAY MOTIONS**
15 | ─────────────────────    )
                                                          ) DATE:   November 26, 2008
16 | ____ Affects BRECKENRIDGE FOOD    ) TIME:   10:00 a.m.
        SYSTEMS, INC. Only                         ) DEPT: 5B
17 | ____ Affects RIVER KING, L.P. Only         )
                                                          )
18 | ____ Affects RIVER KING, LLC Only          )
                                                          )
19 | ____ Affects RSM BFS PARTNERS Only     )
                                                          )
20 | _X_ Affects All Debtors.                       )
        ─────────────────────    )
21 |

22 |

23 |        I, Claudia Yoshonis, declare as follows:

24 |        1.      The following matters are true and correct and within my own personal

25 | knowledge and belief, and if called as a witness, I could and would competently testify

26 | thereto.

27 |        2.      On November 21, 2008, between the hours of 2:30 p.m. to 5:30 p.m. I

28 | attempted to contact each of the creditors on the list of secured creditors prepared by the

<div align="right">DECLARATION</div>

<div style="writing-mode: vertical">Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
TELEPHONE 714-966-1000</div>

1 Debtor.  Each person, voicemail or answering machine which I reached, I informed that

2 Emergency Motions for Orders re (1) use of Cash Collateral; (2) Payment of Pre-Petition

3 Payroll; (3) maintenance of Merchant Services Agreement; (4) Utility Adequate

4 Assurance; and (5) Limiting Notice (the "First Day Motions") were scheduled to be heard

5 on Wednesday, November 26, 2008 at 10:00 a.m. in Courtroom 5B located at the United

6 States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, California.

7        3.        The following summarizes the results of my effort.  If an actual person was

8 reached, the name of the person is listed:

| CREDITOR | RESULT |
|---|---|
| Point Center Financial | Spoke to Allen Berkfeld at 949/661-7070 |
| TCF Leasing, Inc. | Left voicemail message at 952/656-5080 |
| Lakeland Bank | Left voicemail message at 800/642-3460 |
| The Alliance Portfolio | Spoke to James Perr at 949/363-8623 |
| Rutan and Tucker, Attorney for The Alliance Portfolio | Spoke with Kim Sigismondo, Penelope Parmes assistant. |
| Lafayette Capital Group, Inc. | Spoke with Steven Ruegg at 925/962-9890 |
| Stein and Lubin, Attorneys for Lafayette Capital Group, Inc. | Spoke with Dennis Miller at 415/981-0550 |
| Solomon Gindle Silverman, Attorneys for Global Swift | Left detailed message on voicemail of Pamela LaBruyere at 858/793-8500 |
| Allan Bridgford | Left detailed message on voicemail of Allan Bridgford at 760/770-5212 |
| George Wong | Spoke with George Wong at 310/378-6593 |
| Amresco | Left detailed voicemail message of Jeannene at 208/333-2000 |
| Snell & Wilmer, Attorney's for GE Capital | Left detailed voicemail message for Holly Shilliday at 303/634-2000 |
| Metro Pacific Bank | Left datailed voicemail message on general line at 949/477-1200 |
| Farmer & Merchants Bank | Left detailed voicemail message for Lawrence C. Meyerson who later called me back to say that Farmers and Merchants Bank have no opposition to the relief sought in the motions. |

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
TELEPHONE 714-966-1000

2

DECLARATION

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on this _25th_ day of November, 2008, at Costa Mesa, California.

3

4                                          _Claudia Yost_
                                           Claudia Yoshonis
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
TELEPHONE 714-966-1000

DECLARATION

276193.1