ORIGINAL

1  **WEILAND, GOLDEN,**
   **SMILEY, WANG EKVALL & STROK, LLP**
2  Evan D. Smiley, State Bar No. 161812
   Reem J. Bello, State Bar No. 198840
3  Kyra E. Andrassy, State Bar No. 207959
   650 Town Center Drive, Suite 950
4  Costa Mesa, CA 92626
   Telephone: 714-966-1000
5  Facsimile: 714-966-1002

6  Proposed Insolvency Counsel for RSM BFS
   Partners, a California limited partnership,
7  Debtor and Debtor-in-Possession

FILED NOV 26 2008 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED NOV 26 2008 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

8              UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    SANTA ANA DIVISION

11 | In re                                  ) | Case No. 8:08-bk-17771-TA
12 | RSM BFS PARTNERS, a California limited ) | Chapter 11 Case
   | partnership,                           )
13 |                                        ) | (Jointly Administered with Case Nos.
   |       Debtor and                       ) | 8:08-bk-17773-TA, 8:08-bk-17774-TA
14 |       Debtor-in-Possession.            ) | and 8:08-bk-17777-TA)
15 |                                        ) | **ORDER GRANTING DEBTORS'**
   | ____ Affects BRECKENRIDGE FOOD         ) | **EMERGENCY MOTION FOR ORDER**
16 |      SYSTEMS, INC. Only                ) | **AUTHORIZING USE OF ANY CASH**
   |                                        ) | **COLLATERAL OF SECURED**
17 | ____ Affects RIVER KING, L.P. Only     ) | **CLAIMANTS**
18 | ____ Affects RIVER KING, LLC Only      ) | DATE:  November 26, 2008
   |                                        ) | TIME:  10:00 a.m.
19 | ____ Affects RSM BFS PARTNERS Only     ) | CTRM:  5B
20 |  X   Affects All Debtors.              )
21

22        On November 26, 2008 at 10:00 a.m. a hearing was held in the above-captioned

23 Court before the Honorable Theodor C. Albert, United States Bankruptcy Judge, on the

24 emergency motion of RSM BFS Partners, a California limited partnership ("RSM"),

25 Breckenridge Food Systems, Inc., a California corporation ("Breckenridge"), River King,

26 L.P., a California limited partnership ("River King, L.P.") and River King, LLC, a California

27 limited liability company ("River King, LLC"), the jointly administered debtors and

28 debtors-in-possession in the above Chapter 11 proceedings (collectively, the "Debtors"),

276214.1                              1                    ORDER GRANTING EMERGENCY MOTION
                                                                  RE CASH COLLATERAL

1  for an order: (i) authorizing Debtors to use any cash collateral of any secured claimants,
2  including but not limited to any cash collateral of Global Swift Funding and GE Capital
3  (collectively, the "Lenders"), and to grant to Lenders post-petition replacement liens as
4  and for adequate protection of Debtors' use of any cash collateral of Lenders, on the
5  terms set forth herein; and (ii) setting a final hearing on this relief (the "Motion").
6  Appearances were made as noted on record.

Having considered the Motion and the evidence submitted and finding that notice and service were proper,

**IT IS ORDERED** that:

1. The Motion is granted;

2. Debtors are authorized to make the expenditures provided for in the budget attached as Exhibit "1" to this order (the "Budget"), and if necessary, to exceed the amounts set forth in each respective budget by as much as 15% of Budget total;

3. If any of Debtor's revenues increase, then Debtors are authorized to exceed the amount of the expenditures set forth in the Budget in proportion to the increase in actual revenues from budgeted revenues. Any expenditures in excess of this authorization will require the written approval of each of the respective Lenders, or further order of the Court after appropriate notice;

4. Debtors are authorized to carry over and use Budget savings for each Debtor in any month in subsequent months (i.e., to account for changes in the timing of expenditures by the respective Debtors);

5. After the expiration of the term of the Budgets, each Debtor is authorized to obtain use of any cash collateral of the respective Lenders by filing and serving an amended budget and if no objection to the terms of such budget is filed within ten (10) days after the service of such budget, the budget will be deemed to have been approved;

6. As adequate protection and for of Debtors' use of any cash collateral of the Lenders, each Lender will be granted replacement liens in each of the respective Debtors'

276214.1

2

ORDER GRANTING EMERGENCY MOTION
RE CASH COLLATERAL

1 | post-petition cash, accounts receivable and inventory, and the proceeds of each of the
2 | foregoing, to the same extent and priority as any duly perfected and unavoidable liens in
3 | cash collateral held by the respective Lenders as of the date of the filing of the bankruptcy
4 | petition (the "Petition Date"), limited to the amount of any cash collateral of the respective
5 | Lenders as of the Petition Date, to the extent that any cash collateral of the respective
6 | Lenders is actually used by the respective Debtors;

7.  Debtors and all other parties-in-interest reserve any and all rights that they may have to object to the claims of the Lenders and to object to the validity, priority and extent of Lenders' liens, if any, encumbering Debtors' assets;

8.  Each of the Debtors will provide to each respective Lender all interim statements and operating reports required to be submitted to the Office of the United States Trustee, and monthly cash flow reports, broken down by the expense line items contained in the Budget, within 2 business days of submission to the Office of the United States Trustee; and

9.  Debtors reserve the right to seek, at the final hearing on this Motion, use of cash collateral different from that set forth in the attached Budget.

DATED: **NOV 26 2008**

_____
THE HONORABLE THEODOR C. ALBERT
United States Bankruptcy Judge

ORDER GRANTING EMERGENCY MOTION
RE CASH COLLATERAL

276214.1

3



EXHIBIT 1 PAGE 4



EXHIBIT 1 PAGE 5



EXHIBIT 1 PAGE 6



EXHIBIT 1 PAGE 7

RSM-BFS Partners, LP
13 Week Cash Flow Forecast

| | 11/23/2008 | 11/30/2008 | 12/7/2008 | 12/14/2008 | 12/21/2008 | 12/28/2008 | 1/4/2009 | 1/11/2009 | 1/18/2009 | 1/25/2009 | 2/1/2009 | 2/8/2009 | 2/15/2009 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Food Sales | $24,500 | $23,000 | $25,200 | $26,500 | $26,900 | $27,400 | $23,500 | $24,500 | $26,000 | $24,600 | $23,100 | $24,000 | $24,000 | $323,200 |
| Beverage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Catering Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rental / Other Sales | 380 | 380 | 500 | 500 | 500 | 500 | 325 | 325 | 325 | 325 | 300 | 300 | 300 | 4,960 |
| Rebates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales Tax | 1,928 | 1,812 | 1,992 | 2,093 | 2,124 | 2,162 | 1,846 | 1,924 | 2,040 | 1,932 | 1,814 | 1,883 | 1,883 | 25,432 |
| Total Receipts | $26,808 | $25,192 | $27,692 | $29,093 | $29,524 | $30,062 | $25,671 | $26,749 | $28,365 | $26,857 | $25,214 | $26,183 | $26,183 | $362,792 |
| | | | | | | | | | | | | | | |
| Food | $5,880 | $5,520 | $6,048 | $6,360 | $6,456 | $6,576 | $5,640 | $5,880 | $6,240 | $5,904 | $5,544 | $5,760 | $5,760 | $77,568 |
| Paper | 649 | 610 | 668 | 702 | 713 | 726 | 623 | 649 | 689 | 652 | 612 | 636 | 636 | 8,565 |
| Condiments & Shortening | 466 | 437 | 479 | 504 | 511 | 521 | 447 | 466 | 494 | 467 | 439 | 456 | 456 | 6,141 |
| Operating Supplies | 270 | 253 | 277 | 292 | 296 | 301 | 259 | 270 | 286 | 271 | 254 | 264 | 264 | 3,555 |
| Manager Payroll | 1,470 | 1,380 | 1,512 | 1,590 | 1,614 | 1,644 | 1,410 | 1,470 | 1,560 | 1,476 | 1,386 | 1,440 | 1,440 | 19,392 |
| Hourly Payroll | 4,410 | 4,140 | 4,536 | 4,770 | 4,842 | 4,932 | 4,230 | 4,410 | 4,680 | 4,428 | 4,158 | 4,320 | 4,320 | 58,176 |
| Bonuses | 490 | 460 | 504 | 530 | 538 | 548 | 470 | 490 | 520 | 492 | 462 | 480 | 480 | 6,464 |
| Payroll Taxes | 551 | 518 | 567 | 596 | 605 | 617 | 529 | 551 | 585 | 554 | 520 | 540 | 540 | 7,272 |
| Other Benefits | 270 | 253 | 277 | 292 | 296 | 301 | 259 | 270 | 286 | 271 | 254 | 264 | 264 | 3,555 |
| Royalties | 858 | 805 | 882 | 928 | 942 | 959 | 823 | 858 | 910 | 861 | 809 | 840 | 840 | 11,312 |
| Corporate Advertising (Franchisor) | 1,103 | 1,035 | 1,134 | 1,193 | 1,211 | 1,233 | 1,058 | 1,103 | 1,170 | 1,107 | 1,040 | 1,080 | 1,080 | 14,544 |
| Local Advertising (Non-Franchisor) | 441 | 414 | 454 | 477 | 484 | 493 | 423 | 441 | 468 | 443 | 416 | 432 | 432 | 5,818 |
| Electricity | 796 | 748 | 819 | 861 | 874 | 891 | 764 | 796 | 845 | 800 | 751 | 780 | 780 | 10,504 |
| Gas | 245 | 230 | 252 | 265 | 269 | 274 | 235 | 245 | 260 | 246 | 231 | 240 | 240 | 3,232 |
| Water / Sewer | 49 | 46 | 50 | 53 | 54 | 55 | 47 | 49 | 52 | 49 | 46 | 48 | 48 | 646 |
| Telephone / Internet | 61 | 58 | 63 | 66 | 67 | 69 | 59 | 61 | 65 | 62 | 58 | 60 | 60 | 808 |
| Waste & Refuse | 74 | 69 | 76 | 80 | 81 | 82 | 71 | 74 | 78 | 74 | 69 | 72 | 72 | 970 |
| Rent | 0 | 0 | 13,116 | 0 | 0 | 0 | 13,116 | 0 | 0 | 0 | 13,116 | 0 | 0 | 39,349 |
| CAM | 184 | 173 | 189 | 199 | 202 | 206 | 176 | 184 | 195 | 185 | 173 | 180 | 180 | 2,424 |
| Property / Business Taxes | 245 | 230 | 252 | 265 | 269 | 274 | 235 | 245 | 260 | 246 | 231 | 240 | 240 | 3,232 |
| GL & Property Insurance | 123 | 115 | 126 | 133 | 135 | 137 | 118 | 123 | 130 | 123 | 116 | 120 | 120 | 1,616 |
| R&M / Maintenance | 613 | 575 | 630 | 663 | 673 | 685 | 588 | 613 | 650 | 615 | 578 | 600 | 600 | 8,080 |
| Catering Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Credit Cards | 184 | 173 | 189 | 199 | 202 | 206 | 176 | 184 | 195 | 185 | 173 | 180 | 180 | 2,424 |
| Miscellaneous | 270 | 253 | 277 | 292 | 296 | 301 | 259 | 270 | 286 | 271 | 254 | 264 | 264 | 3,555 |
| Sales Tax | 0 | 0 | 0 | 0 | 7,824 | 0 | 0 | 0 | 8,056 | 0 | 0 | 0 | 7,669 | 23,549 |
| G&A / Shared Services | 0 | 2,350 | 0 | 2,350 | 0 | 2,350 | 0 | 2,350 | 0 | 2,350 | 0 | 2,350 | 0 | 14,100 |
| Total Operating Disbursements | 19,698 | 20,842 | 33,377 | 23,656 | 29,452 | 24,380 | 32,010 | 22,048 | 28,960 | 22,128 | 31,689 | 21,646 | 26,965 | 336,850 |
| | | | | | | | | | | | | | | |
| Debtor's Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Debtor's Advisors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UCC Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UCC Advisors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Administration | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Reorganization Disbursements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | |
| Total Disbursements | 19,698 | 20,842 | 33,377 | 23,656 | 29,452 | 24,380 | 32,010 | 22,048 | 28,960 | 22,128 | 31,689 | 21,646 | 26,965 | 336,850 |
| | | | | | | | | | | | | | | |
| Beginning Balance - Cash | $100 | $7,210 | $11,560 | $5,875 | $11,311 | $11,383 | $17,066 | $10,727 | $15,428 | $14,833 | $19,561 | $13,086 | $13,086 | $100 |
| Total Receipts | 26,808 | 25,192 | 27,692 | 29,093 | 29,524 | 30,062 | 25,671 | 26,749 | 28,365 | 26,857 | 25,214 | 26,183 | 26,183 | 362,792 |
| Total Disbursements | (19,698) | (20,842) | (33,377) | (23,656) | (29,452) | (24,380) | (32,010) | (22,048) | (28,960) | (22,128) | (31,689) | (21,646) | (26,965) | (336,850) |
| Ending Balance - Cash | $7,210 | $11,560 | $5,875 | $11,311 | $11,383 | $17,066 | $10,727 | $15,428 | $14,833 | $19,561 | $13,086 | $21,646 | $26,042 | $26,042 |

11/20/2008

EXHIBIT 1 PAGE 8

Breckenridge Food Systems, Inc.
13 Week Cash Flow Forecast

| | 11/23/2008 | 11/30/2008 | 12/7/2008 | 12/14/2008 | 12/21/2008 | 12/28/2008 | 1/4/2009 | 1/11/2009 | 1/18/2009 | 1/25/2009 | 2/1/2009 | 2/8/2009 | 2/15/2009 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Food Sales | $141,500 | $126,500 | $146,000 | $156,000 | $158,000 | $153,500 | $145,500 | $141,500 | $148,500 | $150,300 | $148,000 | $150,000 | $150,000 | $1,915,300 |
| Beverage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Catering Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rental / Other Sales | 2,060 | 2,060 | 2,800 | 2,800 | 2,800 | 2,800 | 2,040 | 2,040 | 2,040 | 2,040 | 1,860 | 1,860 | 1,860 | 29,060 |
| Rebates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62,200 | 0 | 0 | 62,200 |
| Sales Tax | 11,126 | 9,963 | 11,532 | 12,307 | 12,462 | 12,113 | 11,434 | 11,124 | 11,667 | 11,806 | 11,614 | 11,769 | 11,769 | 150,688 |
| **Total Receipts** | $154,686 | $138,523 | $160,332 | $171,107 | $173,262 | $168,413 | $158,974 | $154,664 | $162,207 | $164,146 | $161,474 | $163,629 | $163,629 | $2,157,248 |
| Food | $33,253 | $29,728 | $34,310 | $36,660 | $37,130 | $36,073 | $34,193 | $33,253 | $34,898 | $35,321 | $34,780 | $35,250 | $35,250 | $450,096 |
| Paper | 3,750 | 3,352 | 3,869 | 4,134 | 4,187 | 4,068 | 3,856 | 3,750 | 3,935 | 3,983 | 3,922 | 3,975 | 3,975 | 50,755 |
| Condiments & Shortening | 2,830 | 2,530 | 2,920 | 3,120 | 3,160 | 3,070 | 2,910 | 2,830 | 2,970 | 3,006 | 2,960 | 3,000 | 3,000 | 38,306 |
| Operating Supplies | 1,981 | 1,771 | 2,044 | 2,184 | 2,212 | 2,149 | 2,037 | 1,981 | 2,079 | 2,104 | 2,072 | 2,100 | 2,100 | 26,814 |
| Manager Payroll | 7,783 | 6,958 | 8,030 | 8,580 | 8,690 | 8,443 | 8,003 | 7,783 | 8,168 | 8,267 | 8,140 | 8,250 | 8,250 | 105,342 |
| Hourly Payroll | 26,885 | 24,035 | 27,740 | 29,640 | 30,020 | 29,165 | 27,645 | 26,885 | 28,215 | 28,557 | 28,120 | 28,500 | 28,500 | 363,907 |
| Bonuses | 2,123 | 1,898 | 2,190 | 2,340 | 2,370 | 2,303 | 2,183 | 2,123 | 2,228 | 2,255 | 2,220 | 2,250 | 2,250 | 28,730 |
| Payroll Taxes | 3,184 | 2,846 | 3,285 | 3,510 | 3,555 | 3,454 | 3,274 | 3,184 | 3,341 | 3,382 | 3,330 | 3,375 | 3,375 | 43,094 |
| Other Benefits | 1,415 | 1,265 | 1,460 | 1,560 | 1,580 | 1,535 | 1,455 | 1,415 | 1,485 | 1,503 | 1,480 | 1,500 | 1,500 | 19,153 |
| Royalties | 5,094 | 4,554 | 5,256 | 5,616 | 5,688 | 5,526 | 5,238 | 5,094 | 5,346 | 5,411 | 5,328 | 5,400 | 5,400 | 68,951 |
| Corporate Advertising (Franchisor) | 6,368 | 5,693 | 6,570 | 7,020 | 7,110 | 6,908 | 6,548 | 6,368 | 6,683 | 6,764 | 6,660 | 6,750 | 6,750 | 86,189 |
| Local Advertising (Non-Franchisor) | 2,689 | 2,404 | 2,774 | 2,964 | 3,002 | 2,917 | 2,765 | 2,689 | 2,822 | 2,856 | 2,812 | 2,850 | 2,850 | 36,391 |
| Electricity | 4,953 | 4,428 | 5,110 | 5,460 | 5,530 | 5,373 | 5,093 | 4,953 | 5,198 | 5,261 | 5,180 | 5,250 | 5,250 | 67,036 |
| Gas | 1,415 | 1,265 | 1,460 | 1,560 | 1,580 | 1,535 | 1,455 | 1,415 | 1,485 | 1,503 | 1,480 | 1,500 | 1,500 | 19,153 |
| Water / Sewer | 425 | 380 | 438 | 468 | 474 | 461 | 437 | 425 | 446 | 451 | 444 | 450 | 450 | 5,746 |
| Telephone / Internet | 425 | 380 | 438 | 468 | 474 | 461 | 437 | 425 | 446 | 451 | 444 | 450 | 450 | 5,746 |
| Waste & Refuse | 566 | 506 | 584 | 624 | 632 | 614 | 582 | 566 | 594 | 601 | 592 | 600 | 600 | 7,661 |
| Rent | 0 | 66,996 | 0 | 0 | 0 | 0 | 66,996 | 0 | 0 | 0 | 66,996 | 0 | 0 | 200,988 |
| CAM | 1,274 | 1,139 | 1,314 | 1,404 | 1,422 | 1,382 | 1,310 | 1,274 | 1,337 | 1,353 | 1,332 | 1,350 | 1,350 | 17,238 |
| Property / Business Taxes | 2,264 | 2,024 | 2,336 | 2,496 | 2,528 | 2,456 | 2,328 | 2,264 | 2,376 | 2,405 | 2,368 | 2,400 | 2,400 | 30,645 |
| G.L. & Property Insurance | 849 | 759 | 876 | 936 | 948 | 921 | 873 | 849 | 891 | 902 | 888 | 900 | 900 | 11,492 |
| R&M / Maintenance | 4,245 | 3,795 | 4,380 | 4,680 | 4,740 | 4,605 | 4,365 | 4,245 | 4,455 | 4,509 | 4,440 | 4,500 | 4,500 | 57,459 |
| Catering Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Credit Cards | 1,415 | 1,265 | 1,460 | 1,560 | 1,580 | 1,535 | 1,455 | 1,415 | 1,485 | 1,503 | 1,480 | 1,500 | 1,500 | 19,153 |
| Miscellaneous | 1,981 | 1,771 | 2,044 | 2,184 | 2,212 | 2,149 | 2,037 | 1,981 | 2,079 | 2,104 | 2,072 | 2,100 | 2,100 | 26,814 |
| Sales Tax | 0 | 0 | 0 | 44,928 | 0 | 0 | 0 | 0 | 47,134 | 0 | 0 | 0 | 46,857 | 138,919 |
| G&A / Shared Services | 0 | 16,450 | 0 | 16,450 | 0 | 16,450 | 0 | 0 | 16,450 | 0 | 16,450 | 0 | 16,450 | 98,700 |
| **Total Operating Disbursements** | 117,162 | 187,884 | 120,878 | 175,752 | 143,548 | 187,470 | 133,612 | 170,092 | 189,540 | 140,650 | 171,057 | 2,024,475 | | |
| Debtor's Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Debtor's Advisors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UCC Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UCC Advisors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Administration | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Reorganization Disbursements** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Disbursements** | 117,162 | 121,192 | 187,884 | 145,618 | 175,752 | 143,548 | 187,470 | 133,612 | 170,092 | 189,540 | 140,650 | 171,057 | 2,024,475 | |
| Beginning Balance - Cash | $100 | $37,624 | $54,955 | $27,403 | $52,892 | $50,402 | $75,267 | $46,772 | $67,824 | $59,939 | $83,187 | $55,121 | $140,300 | $100 |
| Total Receipts | 154,686 | 138,523 | 160,332 | 171,107 | 173,262 | 168,413 | 158,974 | 154,664 | 162,207 | 164,146 | 161,474 | 163,629 | 163,629 | 2,157,248 |
| Total Disbursements | (117,162) | (121,192) | (187,884) | (145,618) | (175,752) | (143,548) | (187,470) | (133,612) | (170,092) | (189,540) | (140,650) | (171,057) | (2,024,475) | |
| **Ending Balance - Cash** | $37,624 | $54,955 | $27,403 | $52,892 | $50,402 | $75,267 | $46,772 | $67,824 | $59,939 | $83,187 | $55,121 | $140,300 | $132,873 | $132,873 |

11/20/2008

EXHIBIT 1 PAGE 9

River King, LP
13 Week Cash Flow Forecast

| | \ | \ | \ | \ | \ | Weeks Ended | \ | \ | \ | \ | \ | \ | \ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/23/2008 | 11/30/2008 | 12/7/2008 | 12/14/2008 | 12/21/2008 | 12/28/2008 | 1/4/2009 | 1/11/2009 | 1/18/2009 | 1/25/2009 | 2/1/2009 | 2/8/2009 | 2/15/2009 | Total |
| Food Sales | $108,135 | $104,575 | $108,580 | $116,145 | $128,605 | $129,940 | $124,155 | $112,585 | $110,271 | $110,360 | $107,868 | $109,915 | $106,800 | $1,477,934 |
| Beverage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Catering Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rental / Other Sales | 2,150 | 2,150 | 2,900 | 2,900 | 2,900 | 2,900 | 1,700 | 1,700 | 1,700 | 1,700 | 1,800 | 1,800 | 1,800 | 28,100 |
| Rebates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47,600 | 0 | 0 | 47,600 |
| Sales Tax | 8,547 | 8,271 | 8,640 | 9,226 | 10,192 | 10,295 | 9,754 | 8,857 | 8,678 | 8,685 | 8,499 | 8,658 | 8,417 | 116,718 |
| Total Receipts | $118,832 | $114,996 | $120,120 | $128,271 | $141,697 | $143,135 | $135,609 | $123,142 | $120,649 | $120,745 | $118,167 | $167,973 | $117,017 | $1,670,352 |
| Food | $26,493 | $25,621 | $26,602 | $28,456 | $31,508 | $31,835 | $30,418 | $27,583 | $27,016 | $27,038 | $26,428 | $26,929 | $26,166 | $362,094 |
| Paper | 2,920 | 2,824 | 2,932 | 3,136 | 3,472 | 3,508 | 3,352 | 3,040 | 2,977 | 2,980 | 2,912 | 2,968 | 2,884 | 39,904 |
| Condiments & Shortening | 2,163 | 2,092 | 2,172 | 2,323 | 2,572 | 2,599 | 2,483 | 2,252 | 2,205 | 2,207 | 2,157 | 2,198 | 2,136 | 29,559 |
| Operating Supplies | 1,352 | 1,307 | 1,357 | 1,452 | 1,608 | 1,624 | 1,552 | 1,407 | 1,378 | 1,380 | 1,348 | 1,374 | 1,335 | 18,474 |
| Manager Payroll | 8,110 | 7,843 | 8,144 | 8,711 | 9,645 | 9,312 | 8,444 | 8,270 | 8,277 | 8,090 | 8,244 | 8,010 | 18,474 | |
| Hourly Payroll | 18,113 | 17,516 | 18,187 | 19,454 | 21,541 | 21,765 | 20,796 | 18,858 | 18,470 | 18,485 | 18,068 | 18,411 | 17,889 | 247,554 |
| Bonuses | 1,352 | 1,307 | 1,357 | 1,452 | 1,608 | 1,624 | 1,552 | 1,407 | 1,378 | 1,380 | 1,348 | 1,374 | 1,335 | 18,474 |
| Payroll Taxes | 2,487 | 2,405 | 2,497 | 2,671 | 2,958 | 2,989 | 2,856 | 2,589 | 2,536 | 2,538 | 2,481 | 2,528 | 2,456 | 33,992 |
| Other Benefits | 1,244 | 1,203 | 1,249 | 1,336 | 1,479 | 1,494 | 1,428 | 1,295 | 1,268 | 1,269 | 1,240 | 1,264 | 1,228 | 16,996 |
| Royalties | 3,893 | 3,765 | 3,909 | 4,181 | 4,630 | 4,678 | 4,470 | 4,053 | 3,970 | 3,973 | 3,883 | 3,957 | 3,845 | 53,206 |
| Corporate Advertising (Franchisor) | 4,866 | 4,706 | 4,886 | 5,227 | 5,787 | 5,847 | 5,587 | 5,066 | 4,962 | 4,966 | 4,854 | 4,946 | 4,806 | 66,507 |
| Local Advertising (Non-Franchisor) | 2,163 | 2,092 | 2,172 | 2,323 | 2,572 | 2,599 | 2,483 | 2,252 | 2,205 | 2,207 | 2,157 | 2,198 | 2,136 | 29,559 |
| Electricity | 4,325 | 4,183 | 4,343 | 4,646 | 5,144 | 5,198 | 4,966 | 4,503 | 4,411 | 4,414 | 4,315 | 4,397 | 4,272 | 59,117 |
| Gas | 1,081 | 1,046 | 1,086 | 1,161 | 1,286 | 1,299 | 1,242 | 1,126 | 1,103 | 1,104 | 1,079 | 1,099 | 1,068 | 14,779 |
| Water / Sewer | 324 | 314 | 326 | 348 | 386 | 390 | 372 | 338 | 331 | 331 | 324 | 330 | 320 | 4,434 |
| Telephone / Internet | 270 | 261 | 271 | 290 | 322 | 325 | 310 | 281 | 276 | 276 | 270 | 275 | 267 | 3,695 |
| Waste & Refuse | 649 | 627 | 651 | 697 | 772 | 780 | 745 | 676 | 662 | 662 | 647 | 659 | 641 | 8,868 |
| Rent | 0 | 0 | 37,080 | 0 | 0 | 0 | 37,080 | 0 | 0 | 0 | 37,080 | 0 | 0 | 111,240 |
| CAM | 400 | 387 | 402 | 430 | 476 | 481 | 459 | 417 | 408 | 408 | 399 | 407 | 395 | 5,468 |
| Property / Business Taxes | 2,271 | 2,196 | 2,280 | 2,439 | 2,701 | 2,729 | 2,607 | 2,364 | 2,316 | 2,318 | 2,265 | 2,308 | 2,243 | 31,037 |
| GL & Property Insurance | 541 | 523 | 543 | 581 | 643 | 650 | 621 | 563 | 551 | 552 | 539 | 550 | 534 | 7,390 |
| R&M / Maintenance | 5,407 | 5,229 | 5,429 | 5,807 | 6,430 | 6,497 | 6,208 | 5,629 | 5,514 | 5,518 | 5,393 | 5,496 | 5,340 | 73,897 |
| Catering Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Credit Cards | 919 | 889 | 923 | 987 | 1,093 | 1,104 | 1,055 | 957 | 937 | 938 | 917 | 934 | 908 | 12,562 |
| Miscellaneous | 1,730 | 1,673 | 1,737 | 1,858 | 2,058 | 2,079 | 1,986 | 1,801 | 1,764 | 1,766 | 1,726 | 1,759 | 1,709 | 23,647 |
| Sales Tax | 0 | 0 | 0 | 0 | 34,684 | 0 | 0 | 0 | 39,098 | 0 | 0 | 0 | 34,520 | 108,301 |
| G&A / Shared Services | 0 | 11,750 | 0 | 11,750 | 0 | 11,750 | 0 | 11,750 | 0 | 11,750 | 0 | 11,750 | 0 | 70,500 |
| Total Operating Disbursements | 93,072 | 101,758 | 130,535 | 111,716 | 145,374 | 123,589 | 143,940 | 108,652 | 134,008 | 106,737 | 129,922 | 106,354 | 126,442 | 1,562,099 |
| Debtor's Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Debtor's Advisors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UCC Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UCC Advisors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Administration | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Reorganization Disbursements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Disbursements | 93,072 | 101,758 | 130,535 | 111,716 | 145,374 | 123,589 | 143,940 | 108,652 | 134,008 | 106,737 | 129,922 | 106,354 | 126,442 | 1,562,099 |
| Beginning Balance - Cash | $100 | $25,860 | $39,099 | $28,684 | $45,239 | $41,561 | $61,107 | $52,775 | $67,265 | $53,906 | $67,914 | $56,159 | $117,779 | $100 |
| Total Receipts | 118,832 | 114,996 | 120,120 | 128,271 | 141,697 | 143,135 | 135,609 | 123,142 | 120,649 | 120,745 | 118,167 | 167,973 | 117,017 | 1,670,352 |
| Total Disbursements | (93,072) | (101,758) | (130,535) | (111,716) | (145,374) | (123,589) | (143,940) | (108,652) | (134,008) | (106,737) | (129,922) | (106,354) | (126,442) | (1,562,099) |
| Ending Balance - Cash | $25,860 | $39,099 | $28,684 | $45,239 | $41,561 | $61,107 | $52,775 | $67,265 | $53,906 | $67,914 | $56,159 | $117,779 | $108,353 | $108,353 |

11/20/2008

EXHIBIT 1 PAGE 10

| Location Description | Dept Group | Job Description | Employee | Tax Number | Pay Rate | Reg Hours | OT Hours | Other Hours | Earnings | PullTax | Salary | Total Amount | FERTAX | Total PayRoll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3777 Total Breckenridge Food Systems, Inc | | | | | | 884.22 | 28.29 | 756.01 | 46.39 | 0 | 0 | $10,211.70 | $1,119.18 | $11,330.88 |
| 9514 Total Breckenridge Food Systems, Inc | | | | | | 984.84 | 36.33 | 550.84 | 46.39 | 0 | 0 | $10,373.13 | $1,133.66 | $11,506.79 |
| 10456 Total Breckenridge Food Systems, Inc | | | | | | 1271.74 | 31.41 | 877.73 | 46.39 | 0 | 0 | $14,122.92 | $1,546.46 | $15,669.38 |
| 10456 Total Breckenridge Food Systems, Inc | | | | | | 1097.82 | 38.64 | 991.11 | 46.39 | 0 | 0 | $11,682.05 | $1,275.90 | $12,957.95 |
| 12278 Total Breckenridge Food Systems, Inc | | | | | | 972.26 | 42.28 | 718.82 | 46.39 | 0 | 0 | $10,660.89 | $1,167.37 | $11,828.26 |
| 12565 Total Breckenridge Food Systems, Inc | | | | | | 908.65 | 27.63 | 710.48 | 46.39 | 0 | 0 | $10,124.71 | $1,108.68 | $11,233.27 |
| 13945 Total Breckenridge Food Systems, Inc | | | | | | 1247.11 | 25.08 | 1062.25 | 1257.55 | 0 | 0 | $15,387.28 | $1,684.81 | $17,072.16 |
| 7397 Total RSM BFS Partners | | | | | | 1106.29 | 33.39 | 707.9 | 46.38 | 0 | 0 | $11,252.93 | $1,232.20 | $12,485.13 |
| 9901 Total River King, LP | | | | | | 1053.51 | 26.75 | 820.13 | 0 | 0 | 0 | $11,997.74 | $1,313.75 | $13,311.49 |
| 10723 Total River King, LP | | | | | | 1266.92 | 73.69 | 914.07 | 0 | 0 | 0 | $13,550.56 | $1,483.79 | $15,034.35 |
| 10878 Total River King, LP | | | | | | 1046.17 | 27.78 | 574.74 | 0 | 0 | 0 | $11,090.00 | $1,216.23 | $12,315.27 |
| 13709 Total River King, LP | | | | | | 1096.86 | 37.62 | 0 | 0 | 0 | 0 | $11,826.61 | $1,294.90 | $13,120.51 |
| 14276 Total River King, LP | | | | | | 1144.13 | 41.38 | 710.85 | 0 | 0 | 0 | $12,436.63 | $1,362.03 | $13,800.99 |
| Grand Total | | | | | | 14106.52 | 480.02 | 9351.03 | 1582.24 | 0 | 0 | $154,698.18 | $16,939.23 | $171,653.41 |

EXHIBIT 1 PAGE 11

| Company | City | Elect. | Electric - Meter | Gas - Service | as - Meter Charges | Water |
|---|---|---|---|---|---|---|
| RiverKing, LP | Elsinore Mission Trail | Southern California Edison Acct#3-014-5672-60 PO Box 300 Rosemead CA 91772 $1,534.20 for 9/19-10/22 | Direct Energy Acct#29866 PO Box 676863 Dallas TX 75267 $2,550.70 for 9/20-10/20 | Accent Energy of California, LLC Acct# 2705516009 Dept LA 21484 PAID | Southern California Gas Company Acct#036 024 5640 6 PO Box C Monterey Park CA 91756 $204.61 for 10/6-11/4 | Elsinore Valley Municipal Water District Acct# 108975 & 108905 31315 Chaney St Lake Elsinore CA 92531 $356.01 for 9/22-10/20 |
| RiverKing, LP | Temecula Rancho California Rd | Southern California Edison Acct# 2-17-650-4348 PO Box 300 Rosemead CA 91772 $1427.26 for 9/2-10/2 | Direct Energy Acct#29387 PO Box 576863 Dallas TX 75267 $2,291.92 for 9/2-10/2 | | Southern California Gas Company Acct#053 784 3090 1 PO Box C Monterey Park CA 91756 $581.28 for 9/23-10/21 | Rancho California Water District Acct# 01-16-10001-2 42135 Winchester Rd Temecula CA 92589 $105.82 for 9/2-10/2 |
| RiverKing, LP | Murrieta | Southern California Edison Acct# 2-17-650-8919 PO Box 300 Rosemead CA 91772 $1838.71 for 9/19-10/22 | Direct Energy Acct# 29685 PO Box 676863 Dallas TX 75267 $3047.95 for 9/19-10/22 | Accent Energy of California, LLC Acct# 5857005007 Dept LA 21484 PAID | Southern California Gas Company Acct# 046 757 0620 6 PO Box C Monterey Park CA 91756 PAID | Rancho California Water District Acct# 02-85-20250-0 42135 Winchester Rd Temecula CA 92589 $440.42 for 9/19-10/22 |
| RiverKing, LP | Elsinore Dexter Rd | Southern California Edison Acct#2-220 PO Box 300 Rosemead CA 91772 $3,764.05 for 9/19-10/22 | | Accent Energy of California, LLC Acct# 9396036002 Dept LA 21484 PAID | Southern California Gas Company Acct#012 755 8395 4 PO Box C Monterey Park CA 91756 $249.39 for 9/30-10/30 | Elsinore Valley Municipal Water District Acct# 117833 & 117762 & 117695 31315 Chaney St Lake Elsinore CA 92531 $23.81 & $208.42 & 159.39 for 10/13-11/10 |
| RiverKing, LP | Temecula Winchester Rd | Southern California Edison Acct#2-20-758-3178 PO Box 300 Rosemead CA 91772 $3,608.49 for 9/8-10/7 | | Accent Energy of California, LLC Acct# 4192585009 Dept LA 21484 PAID | Southern California Gas Company Acct#017 869 7802 5 PO Box C Monterey Park CA 91756 $256.43 for 9/19-10/20 | Rancho California Water District Acct#01-15-10035-1 & 01-15-10036-1 42135 Winchester Rd Temecula CA 92589 $274.24 & 13.69 for 9/8-10/7 |
| RiverKing, LP | Temecula HWY 79 | Southern California Edison Acct# 2-24-192-9710 PO Box 300 Rosemead CA 91772 $2,889.28 for 9/25-10/27 | | Accent Energy of California, LLC Acct# 9538050000 Dept LA 21484 PAID | Southern California Gas Company Acct# 015 396 8581 9 PO Box C Monterey Park CA 91756 232.67 for 9/17-10/16 | Rancho California Water District Acct#01-08-00250-0 & 01-0800055-0 42135 Winchester Rd Temecula CA 92589 $203.20 &$15.11 for 9/25-10/27 |

EXHIBIT 1 PAGE 12

| Company | City | Electric | Electric - Meter | Gas - Service | Gas - Meter Charges | Water |
|---|---|---|---|---|---|---|
| RSM BFS Partners | Rancho Santa Marg | Southern California Edison<br>Acct# 3-002-6242-41<br>PO Box 300 Rosemead CA 91772<br>$3,217.65 for 9/3-10/2 | | Accent Energy of California, LLC<br>Acct# 0998500002<br>Dept LA 21484<br>PAID | Southern California Gas Company<br>Acct#089 307 5600 5<br>PO Box C Monterey Park CA 91756<br>PAID | Santa Margarita Water District<br>Acct# 384200-257645<br>PO Box 7005 Mission Viejo CA 92690<br>$240.01 for 9/26-10/22 |
| Breckenridge Food Systems, Inc | Orange | Southern California Edison<br>Acct# 2-02-633-5406<br>PO Box 300 Rosemead CA 91772<br>$3,209.47 for 9/11-10/14 | | Accent Energy of California, LLC<br>Acct#0902551006<br>Dept LA 21484<br>PAID | Southern California Gas Company<br>Acct# 011 711 3100 4<br>PO Box C Monterey Park CA 91756<br>PAID | County of Orange<br>Acct#00009511-00<br>300 E Chapman Ave Orange CA 92866<br>$397.17 for 8/12-10/09 |
| Breckenridge Food Systems, Inc | Newport Beach Bristol | Southern California Edison<br>Acct#2-03-914-0397<br>PO Box 300 Rosemead CA 91772<br>$3,335.53 for 9/9-10/8 | | Accent Energy of California, LLC<br>Acct# 4055075006<br>Dept LA 21484<br>PAID | Southern California Gas Company<br>Acct# 4055075006<br>PO Box C Monterey Park CA 91756<br>$248.64 for 9/17-10/18 | Irvine Ranch Water District<br>Acct#50-064201-01-9 & 20-064202-01-1<br>PO Box 57000 Irvine CA 92619<br>$81.71 for 9/9-10/8 |
| Breckenridge Food Systems, Inc | Aliso Viejo | Southern California Edison<br>Acct# 2-08-631-2105<br>PO Box 300 Rosemead CA 91772<br>$3445.73 for 9/2-10/2 | | Accent Energy of California, LLC<br>Acct# 0801530003<br>Dept LA 21484<br>PAID | Southern California Gas Company<br>Acct# 083 434 1680 9<br>PO Box C Monterey Park CA 91756<br>$220.52 for 9/25-10/24 | Moulton Niguel Water<br>Acct# 95-65177-0<br>PO Box 30204 Laguna Niguel CA 92607-0204<br>$671.44 for 7/22-9/15 |
| Breckenridge Food Systems, Inc | Santa Ana | Southern California Edison<br>Acct# 2-08-904-9811<br>PO Box 300 Rosemead CA 91772<br>$2,901.66 for 9/22-10/23 | | Accent Energy of California, LLC<br>Acct# 1038041003<br>Dept LA 21484<br>PAID | Southern California Gas Company<br>Acct# 016 267 9028 9<br>PO Box C Monterey Park CA 91756<br>$248.74 for 9/18-10/17 | City of Santa Ana<br>Acct# 873774<br>20 Civic Center Plaza<br>$534.43 for 8/25-10/27 |
| Breckenridge Food Systems, Inc | Newport Beach Birch | Southern California Edison<br>Acct# 2-19-431-4431<br>PO Box 300 Rosemead CA 91772<br>3349.65 for 9/5-10/8 | | Accent Energy of California, LLC<br>Acct#7117011003<br>Dept LA 21484<br>PAID | Southern California Gas Company<br>Acct# 174 307 9393 9<br>PO Box C Monterey Park CA 91756<br>$200.48 for 9/10-10/9 | Irvine Ranch Water District<br>Acct#20-088997-01-1<br>PO Box 57000 Irvine CA 92619<br>$225.38 for 9/5-10/6 |
| Breckenridge Food Systems, Inc | Irvine | Southern California Edison<br>Acct# 2-20-103-5235<br>PO Box 300 Rosemead CA 91772<br>$3032.92 for 9/10-10/9 | | Accent Energy of California, LLC<br>Acct# 168 161 1535 8<br>Dept LA 21484<br>PAID | Southern California Gas Company<br>Acct# 168 161 1535 8<br>PO Box C Monterey Park CA 91756<br>$222.93 for 9/25-10/24 | Irvine Ranch Water District<br>Acct#20-01801-01-1<br>PO Box 57000 Irvine CA 92619<br>$227.90 for 9/10-10/9 |
| Breckenridge Food Systems, Inc | Ladera Ranch | San Diego Gas and Electric<br>Acct# 4267 241 234 9<br>PO Box 25111 Santa Ana CA 92799<br>$3174.43 for 10/6-11/4 | | Accent Energy of California, LLC<br>Acct# 6356521005<br>Dept LA 21484<br>PAID | Southern California Gas Company<br>Acct# 056 653 1586 5<br>PO Box C Monterey Park CA 91756<br>$202.15 for 10/5-11/04 | Santa Margarita Water District<br>Acct# 843210-442255<br>PO Box 7005 Mission Viejo CA 92690<br>$265.59 for 9/17-10/20 |

EXHIBIT 1 PAGE 13

| Company | City | Water - Sewer | Telephone | Telephone - Long Distance | Telephone - Long Distance (2) | Trash | Trash - Recycle |
|---|---|---|---|---|---|---|---|
| RiverKing, LP | Elsinore<br>Mission Trail | | Granite Telecommunications<br>Acct# 01672511<br>100 Newport Ave Ext Quincy MA 02171<br>$94.86 for 10/01-10/31 | Verizon<br>Acct# 01 2570 1115118412 03<br>PO Box 9688 Mission Hills CA 91346<br>$35.40 for 10/19-11/18 | | CR&R<br>Acct#25-0000928 8<br>PO Box 206 Stanton CA 90680<br>$506.41 for 11/1-11/30/08 | |
| RiverKing, LP | Temecula<br>Rancho California Rd | | Granite Telecommunications<br>Acct#<br>100 Newport Ave Ext Quincy MA 02171<br>$105.49 for 10/01-10/31 | Verizon<br>Acct# 01 2575 1144517821 06<br>PO Box 9688 Mission Hills CA 91346<br>$34.96 for 10/23-11/21 | | CR&R<br>Acct# 22-0000384 4<br>PO Box 206 Stanton CA 90680<br>$520.24 for 11/1-11/30 | |
| RiverKing, LP | Murrieta | | Granite Telecommunications<br>Acct#01672511<br>100 Newport Ave Ext Quincy MA 02171<br>$129.20 for 10/01-10/31 | Verizon<br>Acct# 01 2572 1128605296 08<br>PO Box 9688 Mission Hills CA 91346<br>$34.87 for 11/01-11/30 | Sprint<br>Acct#814380257<br>PO Box 219100 Kansas City MO 64121<br>PAID | Waste Management<br>Acct# MUR-0000883-2371-4<br>200 S Temescal St Corona CA 92879<br>$478.31 10/01-10/31 &$488.80 for 11/1-11/30 | |
| RiverKing, LP | Elsinore<br>Dexter Rd | | Granite Telecommunications<br>Acct# 01672511<br>100 Newport Ave Ext Quincy MA 02171<br>$98.93 for 10/01-10/31 | Verizon<br>Acct# 01 2570 1194783481 04<br>PO Box 9688 Mission Hills CA 91346<br>$34.96 for 10/23-11/22 | Sprint<br>Acct# 679143776<br>PO Box 219100 Kansas City MO 64121<br>PAID | CR&R<br>Acct# 25-0008540 0<br>PO Box 206 Stanton CA 90680<br>$630.38 for 11/1-11/30 | |
| RiverKing, LP | Temecula<br>Winchester Rd | | Granite Telecommunications<br>Acct#01672511<br>100 Newport Ave Ext Quincy MA 02171<br>$134.38 for 10/01-10/31 | Verizon<br>Acct#951 296-2216 061129<br>PO Box 9688 Mission Hills CA 91346<br>$35.04 for 10/19-11/18 | Sprint<br>Acct# 689783710<br>PO Box 219100 Kansas City MO 64121<br>PAID | CR&R<br>Acct# 22-0009776 2<br>PO Box 206 Stanton CA 90680<br>$520.24 for 11/1-11/30 | |
| RiverKing, LP | Temecula<br>HWY 79 | | Granite Telecommunications<br>Acct#01672511<br>100 Newport Ave Ext Quincy MA 02171<br>$127.41 for 10/01-10/31 | Verizon<br>Acct#951 302-1853 061129<br>PO Box 9688 Mission Hills CA 91346<br>PAID | | CR&R<br>Acct# 23-0017555 0<br>PO Box 206 Stanton CA 90680<br>$563.32 for 11/1-11/30 | |

EXHIBIT 1 PAGE 14

| Company | City | Water - Sewer | Telephone | Telephone - Long Distance | Telephone - Long Distance [2] | Trash | Trash - Recycle |
|---|---|---|---|---|---|---|---|
| RSM B&S Partners | Rancho Santa Marg | | Granite Telecommunications<br>Acct# 01672509<br>100 Newport Ace Ext Quincy MA 02171<br>$132.76 for 10/01-10/31 | | | CR&R<br>Acct# 79-0015295 8<br>PO Box 206 Stanton CA 90680<br>$232.84 for 11/1-11/30 | |
| Breckenridge Food Systems, Inc | Orange | | Granite Telecommunications<br>Acct# 01683493<br>100 Newport Ace Ext Quincy MA 02171<br>92.51 for 10/01-10/31 | | | Waste Management<br>Acct# 110-0002273-2515-6<br>1800 S Grand Ave Santa Ana CA 92705<br>$248.05 for 10/01-10/31 $248.05 for 11/1-11/30 | |
| Breckenridge Food Systems, Inc | Newport Beach Bristol | | Granite Telecommunications<br>Acct# 01683493<br>100 Newport Ace Ext Quincy MA 02171<br>126.79 for 10/01-10/31 | | | Rainbow Disposal Co., Inc<br>Acct# NB 091680<br>OC Box 1026 Huntington Beach CA 92647<br>$207.48 for 11/1-11/30 | Master Environmental Services<br>Acct# 126205<br>17880 Castleton St<br>Ste 311 City of Industry CA 91748<br>$137.47 for 11/1-11/30 |
| Breckenridge Food Systems, Inc | Aliso Viejo | | Granite Telecommunications<br>Acct# 01683493<br>100 Newport Ace Ext Quincy MA 02171<br>$90.48 for 10/01-10/31 | AT&T<br>Acct#949 831-2510 272 4<br>P.O. BOX 78225 Phoenix AZ 85062<br>$29.80 10/27-11/18 | | CR&R<br>Acct# 98-00118543<br>PO Box 206 Stanton CA 90680<br>$449.02 for 10/01-10/31 | |
| Breckenridge Food Systems, Inc | Santa Ana | | Granite Telecommunications<br>Acct# 01683493<br>100 Newport Ace Ext Quincy MA 02171<br>$131.89 for 10/01-10/31 | | | Waste Management<br>Acct# 114-1726486-2515-6<br>1800 S Grand Ave Santa Ana CA 92705<br>$373.87 for 10/1-10/31 | |
| Breckenridge Food Systems, Inc | Newport Beach Birch | | Granite Telecommunications<br>Acct# 01683493<br>100 Newport Ace Ext Quincy MA 02171<br>$126.95 for 10/01-10/31 | | | Ware Disposal<br>Acct#119631<br>PO Box 8206 Newport beach CA 92658<br>$326.31 for 11/1-11/30 | |
| Breckenridge Food Systems, Inc | Irvine | | Granite Telecommunications<br>Acct# 01683493<br>100 Newport Ace Ext Quincy MA 02171<br>$135.24 for 10/01-10/31 | | | Ware Disposal<br>Acct#121232<br>PO Box 8206 Newport beach CA 92658<br>$326.31 for 11/1-11/31 | |
| Breckenridge Food Systems, Inc | Ladera Ranch | | Granite Telecommunications<br>Acct# 01683493<br>100 Newport Ace Ext Quincy MA 02171<br>$94.35 for 10/01-10/31 | AT&T<br>Acct# 949 347-1120 975 8<br>P.O. BOX 78225 Phoenix AZ 85062<br>$25.31 for 10/25-11/24 | | Waste Management<br>Acct# 111-2770768-2515-1<br>1800 S Grand Ave Santa Ana CA 92705<br>$351.21 for 11R-11/30 | |

EXHIBIT __1__ PAGE __15__

**NOTE TO THE USERS OF THIS FORM:**
Physically attach this form as the last page of the proposed Order or Judgment
Do not file this form as a separate document.

| (Short Title) | Chapter 7 Case Number |
|---|---|
| **IN RE RSM BFS PARTNERS** | **8:08-17771 TA** |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that a judgment or order entitled (specify):

   **ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL OF SECURED CLAIMANTS**

   was entered on (specify date):

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

**DATED:**         Clerk of the Bankruptcy Court

By: _____
**Deputy Clerk**

## SERVICE LIST

**Office of the U.S. Trustee**
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

Holly Shilliday, Esq.
Snell & Wilmer
1200 Seventh St., Suite 1900
Denver, CO 80202
**Attorneys for GE Capital**

Penelope Parmes, Esq.
Rutan & Tucker
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
**Attorneys for Alliance**

Pamela La Bruyere
Solomon Grindle Silverman
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
**Attorneys for Global Swift**

Reem J. Bello, Esq.
Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
**Attorneys for Debtor**