ORIGINAL

FILED
NOV 26 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ENTERED
NOV 26 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  WEILAND, GOLDEN,
   SMILEY, WANG EKVALL & STROK, LLP
2  Evan D. Smiley, State Bar No. 161812
   Reem J. Bello, State Bar No. 198840
3  Kyra E. Andrassy, State Bar No. 207959
   650 Town Center Drive, Suite 950
4  Costa Mesa, CA 92626
   Telephone:  714-966-1000
5  Facsimile:  714-966-1002

6  Proposed Insolvency Counsel for RSM BFS
   Partners, a California limited partnership,
7  Debtor and Debtor-in-Possession

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          SANTA ANA DIVISION

11 In re                                )   Case No.  8:08-bk-17771-TA
                                        )
12 RSM BFS Partners, a California limited)  Chapter 11 Case
   partnership,                         )
13                                      )   (Jointly Administered with Case Nos.
              Debtor and                )   8:08-bk-17773-TA, 8:08-bk-17774-TA
14            Debtor-in-Possession.     )   and 8:08-bk-17777-TA)
                                        )
15 _____)   ORDER GRANTING DEBTORS'
        Affects BRECKENRIDGE FOOD       )   EMERGENCY MOTION FOR
16      SYSTEMS, INC. Only              )   ORDER AUTHORIZING PAYMENT
                                        )   AND HONORING OF PREPETITION
17  ____  Affects RIVER KING, L.P. Only )   PAYROLL OBLIGATIONS
                                        )
18  ____  Affects RIVER KING, LLC Only  )   DATE:  November 26, 2008
                                        )   TIME:  10:00 a.m.
19  ____  Affects RSM BFS PARTNERS Only )   CTRM:  5B
                                        )
20   X   Affects All Debtors.           )
                                        )
21 _____)

22         On November 26, 2008 at 10:00 a.m. a hearing was held in the above-captioned

23 Court before the Honorable Theodor C. Albert, United States Bankruptcy Judge, on the

24 emergency motion of RSM BFS Partners, a California limited partnership ("RSM"),

25 Breckenridge Food Systems, Inc., a California corporation ("Breckenridge"), River King,

26 L.P., a California limited partnership ("River King, L.P.") and River King, LLC, a California

27 limited liability company ("River King, LLC"), the jointly administered debtors and

28 debtors-in-possession in the above Chapter 11 proceedings (collectively, the "Debtors"),

276211.1                                1                    ORDER ON EMERGENCY MOTION FOR
                                                             ORDER AUTHORIZING PAYMENT

for an order authorizing payment and honoring of prepetition payroll obligations (the "Motion"). Appearances were made as noted on record.

Having considered the Motion and the evidence submitted and finding that notice and service were proper,

**IT IS ORDERED** that:

1. The Motion is granted;

2. Debtors are authorized to pay prepetition employee wage and salary obligations owed by Debtors up to the priority limit in Section 507(a) of the United States Bankruptcy Code; *except that payment of insiders may only be made pursuant to U.S. Trustee Guidelines.* /s/

3. Debtors are authorized to reimburse ordinary course prepetition employment business expenses in accordance with company policy;

4. Debtors are authorized to pay benefit obligations including 401(k) plan employer contributions, worker's compensation, medical, dental, life insurance, disability insurance, and miscellaneous other benefits incurred and payable in the ordinary course;

5. Debtors are authorized to honor all prepetition vacation pay, sick leave, holiday pay, jury duty pay, and other paid leave claims in the ordinary course;

6. Debtors are authorized to retain their prepetition payroll account(s) for 30 days and directing the bank or other financial institution not or otherwise impair Debtors' ability to deposit funds into and to withdraw funds from said account(s);

7. Debtors are authorized to take all actions reasonable and necessary to comply with its obligations to its existing payroll services such as ADP;

8. All banks are directed to honor Debtors' prepetition checks for payment of any of the foregoing, and

9. All banks are prohibited from placing any holds on, or attempting to reverse, any automatic transfers on account of the foregoing.

DATED: NOV 26 2008

/s/

THE HONORABLE THEODOR C. ALBERT
United States Bankruptcy Judge

NOTE TO THE USERS OF THIS FORM:
Physically attach this form as the last page of the proposed Order or Judgment
Do not file this form as a separate document.

| In re        (Short Title) | Chapter 11 Case No: |
|---|---|
| **RSM BFS PARTNERS** | **8:08-bk-17771 TA** |
| Debtors. | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that a judgment or order entitled (specify):

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND HONORING OF PREPETITION PAYROLL OBLIGATIONS**

was entered on (specify date):

I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): **NOV 2 6 2008**

DATED:                                              JON D. CERETTO
                                                    Clerk of the Bankruptcy Court

                                                    By: _____
                                                        **Deputy Clerk**

## SERVICE LIST

**Office of the U.S. Trustee**
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

Holly Shilliday, Esq.
Snell & Wilmer
1200 Seventh St., Suite 1900
Denver, CO 80202
**Attorneys for GE Capital**

Penelope Parmes, Esq.
Rutan & Tucker
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
**Attorneys for Alliance**

Pamela La Bruyere
Solomon Grindle Silverman
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
**Attorneys for Global Swift**

Reem J. Bello, Esq.
Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
**Attorneys for Debtor**