Case 8:08-bk-17771-TA    Doc 21    Filed 11/26/08    Entered 11/26/08 14:25:47    Desc
Main Document    Page 1 of 5

ORIGINAL

FILED
NOV 26 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                        Deputy Clerk

ENTERED
NOV 26 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                        Deputy Clerk

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar No. 161812
Reem J. Bello, State Bar No. 198840
Kyra E. Andrassy, State Bar No. 207959
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002

Proposed Insolvency Counsel for RSM BFS
Partners, a California limited partnership,
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RSM BFS Partners, a California limited partnership,<br><br>　　　　Debtor and<br>　　　　Debtor-in-Possession.<br><br>———————————————————<br>____ Affects BRECKENRIDGE FOOD SYSTEMS, INC. Only<br><br>____ Affects RIVER KING, L.P. Only<br><br>____ Affects RIVER KING, LLC Only<br><br>____ Affects RSM BFS PARTNERS Only<br><br>_X_ Affects All Debtors. | Case No. 8:08-bk-17771-TA<br><br>Chapter 11 Case<br><br>(Jointly Administered with Case Nos. 8:08-bk-17773-TA, 8:08-bk-17774-TA and 8:08-bk-17777-TA)<br><br>**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER SECTION 366 OF THE BANKRUPTCY CODE**<br><br>DATE:　November 26, 2008<br>TIME:　10:00 a.m.<br>CTRM:　5B |

On November 26, 2008 at 10:00 a.m. a hearing was held in the above-captioned Court before the Honorable Theodor C. Albert, United States Bankruptcy Judge, on the emergency motion of RSM BFS Partners, a California limited partnership ("RSM"), Breckenridge Food Systems, Inc., a California corporation ("Breckenridge"), River King, L.P., a California limited partnership ("River King, L.P.") and River King, LLC, a California

274973.1

1

ORDER GRANTING EMERGENCY MOTION
RE UTILITIES

1  limited liability company ("River King, LLC"), the jointly administered debtors and
2  debtors-in-possession in the above Chapter 11 proceedings (collectively, the "Debtors"),
3  for an order: (A) prohibiting utilities from altering, refusing or discontinuing service;
4  (B) deeming utilities adequately assured of future performance; and (C) establishing
5  procedures for determining adequate assurance of future payment (the "Motion").
6  Appearances were made as noted on record.

7       Having considered the Motion and the evidence submitted and finding that notice
8  and service were proper,

9  **IT IS ORDERED** that:

10    1.    The Motion is granted;

11    2.    Absent further order of this Court and except as otherwise provided herein,
12  Utility Providers (as defined in the Motion) may not alter, refuse or discontinue service to,
13  or discriminate against, Debtors on account of the commencement of these chapter 11
14  cases or any unpaid pre-petition charges, or request payment of a deposit or receipt of
15  other security in connection with any unpaid pre-petition charges;

16    3.    Debtors will serve the Motion and an order granting the Motion on an interim
17  basis, if granted by the Court, via first-class mail, within three (3) business days after the
18  date that the order is entered by the Court, on all Utility Providers identified on Exhibit "4"
19  to the Gantes Declaration; provided that for any Utility Provider that may have been
20  omitted from Exhibit "4" to the Gantes Declaration, Debtors shall have the right to
21  supplement such list of Utility Providers and shall promptly provide notice of the order
22  upon learning of such Utility Provider;

23    4.    Utility Providers may request assurance of payment within thirty (30) days
24  after the Petition Date (an "Assurance Request") by submitting an Assurance Request to
25  (i) Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, 650 Town Center Drive, Suite
26  950, Costa Mesa, California 92626, Attn: Reem J. Bello; (ii) RSM BFS, 10 Faraday,
27  Irvine, California 92618, Attn: John D. Gantes; (iii) River King, L.P., 10 Faraday, Irvine,
28  California 92618, Attn: John D. Gantes; (iv) Breckenridge, 10 Faraday, Irvine, California

274973.1

ORDER GRANTING EMERGENCY MOTION
RE UTILITIES

2

1  92618, Attn: John D. Gantes; and (v) River King, LLC., 10 Faraday, Irvine, California

2  92618, Attn. John D. Gantes;

3     5.    Any Assurance Request must (i) be made in writing and (ii) include a

4  summary of Debtors' payment history relevant to the affected account(s);

5     6.    If a Utility Provider makes a timely Assurance Request that Debtors believe

6  is reasonable, then Debtors shall be authorized in their sole discretion to comply with such

7  request ~~without further order of the Court~~ *subject to ¶10*;

8     7.    If Debtors believe the Assurance Request is unreasonable, Debtors will

9  *promptly* ~~of~~ schedule a hearing to determine if assurance to such Utility Provider is necessary (the

10 "Determination Hearing");

11    8.    Pending resolution of that issue at any such Determination Hearing, any

12 Utility Provider making an Assurance Request shall be prohibited from altering, refusing or

13 discontinuing service to Debtors; and

14    9.    A Utility Provider shall be deemed to have adequate assurance of payment

15 unless and until a future order of this Court is entered requiring further adequate

16 assurance of payment.

17 *10. Any agreement for adequate assurance of payment is subject to a further court order.*

18 DATED:

    THE HONORABLE THEODOR C. ALBERT
19  United States Bankruptcy Judge

20 **NOV 2 6 2008**

ORDER GRANTING EMERGENCY MOTION
RE UTILITIES

274973.1

3

**NOTE TO THE USERS OF THIS FORM:**
Physically attach this form as the last page of the proposed Order or Judgment
Do not file this form as a separate document.

_____(Short Title)_____        _____Chapter 7 Case Number_____

**IN RE RSM BFS PARTNERS**                          **8:08-17771 TA**

# NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that a judgment or order entitled (specify):

   **ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT UNDER SECTION 366 OF THE BANKRUPTCY CODE**

   was entered on (specify date):

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): **NOV 2 6 2008**

**DATED:**                                          **Clerk of the Bankruptcy Court**

                                                    By: _____
                                                    **Deputy Clerk**

## SERVICE LIST

**Office of the U.S. Trustee**
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

Holly Shilliday, Esq.
Snell & Wilmer
1200 Seventh St., Suite 1900
Denver, CO 80202
**Attorneys for GE Capital**

Penelope Parmes, Esq.
Rutan & Tucker
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
**Attorneys for Alliance**

Pamela La Bruyere
Solomon Grindle Silverman
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
**Attorneys for Global Swift**

Reem J. Bello, Esq.
Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
**Attorneys for Debtor**