**WEILAND, GOLDEN SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: 714-966-1000; Facsimile: 714-966-1002

Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RSM BFS PARTNERS, a California limited partnership,<br><br>    Debtor and Debtor-in-Possession.<br><br>__X__ Affects AH FOODS CORPORATION, a California corporation Only<br>_____ Affects BENTON KING, LLC Only<br>_____ Affects BRECKENRIDGE FOOD SYSTEMS, INC. Only<br>_____ Affects DP FOODS CORPORATION Only<br>_____ Affects KINGLAND, LLC Only<br>_____ Affects LN FOODS CORPORATION Only<br>_____ Affects MILLBRECK, L.P. Only<br>_____ Affects ORBRECK, LLC Only<br>_____ Affects REDBEND PARTNERS, L.P. Only<br>_____ Affects RIVER KING, L.P. Only<br>_____ Affects RIVER KING, LLC Only<br>_____ Affects RSM BFS PARTNERS Only<br>_____ Affects All Debtors. | Case No. 8:08-bk-17771-TA<br><br>Chapter 11 Case<br><br>(Jointly Administered with Case Nos. 8:08-bk-18155-TA, 8:08-bk-18154-TA, 8:08-bk-17777-TA, 8:08-bk-18141-TA, 8:08-bk-18150-TA, 8:08-bk-18153-TA, 8:08-bk-18148-TA, 8:08-bk-18151-TA, 8:08-bk-18147-TA, 8:08-bk-17774-TA, and 8:08-bk-17773-TA)<br><br>**NOTICE OF (1) HEARING ON CONFIRMATION OF THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF AH FOODS CORPORATION AND (2) DEADLINES SET BY THE COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3017**<br><br><u>Plan Confirmation Hearing:</u><br>DATE: April 7, 2010<br>TIME: 10:00 a.m.<br>CTRM: 5B |

389867.1      NOTICE

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that at a hearing held on January 27, 2010, at 11:00 a.m., the Court granted the motion (the "Motion") of AH Foods Corporation (the "Debtor") to modify its *Second Amended Chapter 11 Plan of Reorganization of AH Foods Corporation (Dated November 20, 2009)* pursuant to 11 U.S.C. § 1127(a). In connection with the hearing on the Motion, the Court approved the *Third Amended Disclosure Statement Describing Third Amended Chapter 11 Plan of Reorganization of AH Foods Corporation* (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on **April 7, 2010, at 10:00 a.m.** in Courtroom 5B of the Ronald Reagan Federal Building and United States Courthouse located at 411 West Fourth Street, Santa Ana, California, the Court will hold a hearing to consider confirmation of the *Third Amended Chapter 11 Plan of Reorganization of AH Foods Corporation* (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that creditors and interest holders entitled to vote must submit their ballots to counsel for the Debtor so that they are received not later than March 22, 2010, at 5:00 p.m. Pacific Daylight Time. Any objections to confirmation of the Plan must be filed with the Court and served on counsel for the Debtor and on the Office of the United States Trustee no later than March 26, 2010.

**PLEASE TAKE FURTHER NOTICE** that the Debtor must submit its declaration regarding tabulation of the ballots, its memorandum in support of confirmation of the Plan, and its evidence in support of that memorandum no later than March 31, 2010.

Dated: February 22, 2010

WEILAND, GOLDEN
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ Kyra E. Andrassy
KYRA E. ANDRASSY
Insolvency Counsel for AH Foods
Corporation, Debtor-in-Possession

389867.1   1   NOTICE

| In re:                                              |              | CHAPTER: 11 Case              |
|-----------------------------------------------------|--------------|-------------------------------|
| **RSM BFS PARTNERS, a California limited partnership** | Debtor(s).   | CASE NUMBER: 8:08-bk-17771-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, California 92626

A true and correct copy of the foregoing document described **NOTICE OF (1) HEARING ON CONFIRMATION OF THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF AH FOODS CORPORATION AND (2) DEADLINES SET BY THE COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 26, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **February 26, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See Attachment

☑ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 26, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Theodor C. Albert
United States bankruptcy Court
411 W. 4th Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 26, 2010 | Terri Jones  | /s/ Terri Jones |
|-------------------|--------------|-----------------|
| Date              | Type Name    | Signature       |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
397936.1

**F 9013-3.1**

| In re: **RSM BFS PARTNERS, a California limited partnership** Debtor(s). | CHAPTER: **11 Case** CASE NUMBER: **8:08-bk-17771-TA** |
|---|---|

## BY NOTICE OF ELECTRONIC FILING ("NEF")

Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
Melody G Anderson    manderson@hemar.com
Kyra E Andrassy    kandrassy@wgllp.com
James C Bastian    jbastian@shbllp.com
Reem J Bello    rbello@wgllp.com
Dennis G Bezanson    dennis.bezanson@bbklaw.com,
arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;dennis.bezanson@bbklaw.com
William M. Burd    wmburd@burd-naylor.com
Alicia Clough    alicia.clough@kayescholer.com
Marc S Cohen    mcohen@kayescholer.com
Vincent M Coscino    emurdoch@allenmatkins.com
Jeffry A Davis    jadavis@mintz.com
Willis B Douglass    Willis.B.Douglass@irscounsel.treas.gov
Joseph R Dunn    jrdunn@mintz.com, jadavis@mintz.com;dsjohnson@mintz.com
Robert A Faucher    rfaucher@hollandhart.com
Donald L Gaffney    dgaffney@swlaw.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Ann H Grosberg    hillary@hillarygrosberg.com
Lawrence J Hilton    lhilton@hewittoneil.com, pgarnica@hewittoneil.com
Mark D Houle    mark.houle@pillsburylaw.com
John P Kreis    jkreis@attglobal.net
Pamela Labruyere    pamela@sgsslaw.com
Leib M Lerner    leib.lerner@alston.com
Scott H McNutt    smcnutt@ml-sf.com
Dennis D Miller    dmiller@steinlubin.com
Jeffrey C Misley    jeffm@sussmanshank.com
Zachary Mosner    bcumosner@atg.wa.gov
Tania M Moyron    tmm@lnbrb.com
Austin P Nagel    melissa@apnagellaw.com
R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Martha E Romero    Romero@mromerolawfirm.com
Edward G Schloss    egs2@ix.netcom.com
Holly R Shilliday    hshilliday@swlaw.com
Timothy J Silverman    tim@sgsslaw.com
John L. Smaha    jsmaha@smaha.com
Evan D Smiley    esmiley@wgllp.com
James A Timko    jtimko@allenmatkins.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
397936.1

**F 9013-3.1**

| In re: **RSM BFS PARTNERS, a California limited partnership** Debtor(s). | CHAPTER: **11 Case** CASE NUMBER: **8:08-bk-17771-TA** |
|---|---|

**BY U.S. MAIL**

Office of the U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

AH Foods Corporation
P.O. Box 52230
Irvine, CA 92619-2230
Debtor

Alicia Clough, Esq.
Marc Cohen, Esq.
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Attorneys for Creditors' Committee

Mr. Gerhard Kessling
Minuteman Inc.
P.O. Box 4983
Garden Grove, CA 92842
Creditors' Committee

Mr. William Kay
The Coca Cola Company
31 Rose Lane
East Rockaway, NY 11518
Creditors' Committee

Mr. Jeffrey Stoddard
Center at Rancho Niguel Site 1, LLC
28281 Crown Valley Parkway, Suite 200
Laguna Niguel, CA 92677
Creditors' Committee

Mr. John Ham
Cemco Electric Inc.
1013 E. Raymond Way
Anaheim, CA 92801
Creditors' Committee

Mr. Jack Abifadel
Delta Marketing, Inc.
1921 Sampson Avenue, Suite B
Corona, CA 92879

The Alliance Portfolio
c/o Derik N. Lewis, Esq.
114 Pacifica, Suite 250
Irvine, CA 92618

Irwin Franchise Capital Corporation
c/o Andrew K. Alper, Esq.
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048-4904

Jonathan Edwards
Alston & Bird, LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424
Attorneys for MBM Corporation

Scott McNutt, Esq.
McNutt Law Group
188 The Embarcadero, Suite 800
San Francisco, CA 94105
Attorneys for John Gantes

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
397936.1

**F 9013-3.1**

| In re: **RSM BFS PARTNERS, a California limited partnership**<br>Debtor(s). | CHAPTER: 11 Case<br>CASE NUMBER: 8:08-bk-17771-TA |
|---|---|

Atherton Franchise Capital I, LLP
Attention: President
c/o First Denver Mortgage Co.
1230 Parker Road
Denver, CO 80232

Credit Cash Card NJ LLC
Attention: Managing Member
1 Bridge Plaza, Suite 275
Fort Lee, NJ 07024-7586

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Farmers & Merchants Bank
Attention: President
302 Pine Avenue
Long Beach, CA 90802

Franchise Tax Board
Special Procedures Section
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Great America Leasing Corp.
Attention: President
625 First Street SE
Cedar Rapids, IA 52401

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

MBM Corporation
Attention: President
Wachovia Bank
Lockbox 933026
3585 Atlanta Avenue
Atlanta, GA 30354-1705

MBM Corporation
c/o Gordon Eatherly,
Corporate Director of Credit & Collections
2641 Meadowbrook Road
Rocky Mount, NC 27801-9667

Orange County Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Orange County Tax Collector
12 Civic Center Plaza
Santa Ana, CA 92701-4057

Securities Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-5627

State Board of Equalization
Special Procedures Section MIC:55
P.O. Box 942879
Sacramento, CA 94279-0055

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
397936.1

F 9013-3.1

Case 8:08-bk-17771-TA   Doc 536   Filed 02/26/10   Entered 02/26/10 16:27:06   Desc
Main Document    Page 7 of 9

| In re: | CHAPTER: 11 Case |
|---|---|
| **RSM BFS PARTNERS, a California limited partnership**<br>Debtor(s). | CASE NUMBER: 8:08-bk-17771-TA |

Accent Energy California
Attention: President
Dept. LA 21484
Pasadena, CA 91185-0001

Alarmco Security Services
Attention: President
P.O. Box 5278
San Bernardino, CA 92412-5278

AT&T
Attention: President
Payment Center
Sacramento, CA 95887-0001

American Contractors Indemnity Company
c/o R. Gibson Pagter, Esq.
Pagter and Miller
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701-5017

Breckenridge Group, Inc.
Attention: President
P.O. Box 52230
Irvine, CA 92619-2230

Burger King AD Fund
Attention: President
Wachovia Bank
Burger King LBX#932991
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Burger King Corp.
Attention: President
Wachovia Bank
Burger King LBX#932980
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Burger King Corporation/MAA
Attention: President
P.O. Box 932991
Atlanta, GA 31193-2991

Burger King Corporation
c/o Vincent M. Coscino, Esq.
Allen Matkins Leck Gamble, etc.
1900 Main Street, Fifth Floor
Irvine, CA 92614-7317

California Dept. of Food & Agriculture
Attention: Secretary A.G. Kawamura
P.O. Box 942872
Sacramento, CA 94271-2872

Chino Valley Refrigeration
Attention: President
1823 S. Helen Avenue
Ontario, CA 91762-6024

City of Anaheim
Attention: Jack L. White, City Attorney
200 South Anaheim Boulevard
Third Floor, Room 334
Anaheim, CA 92805

City of Anaheim
Attention: Marcie L. Edwards
Public Utilities General Manager
201 S. Anaheim Boulevard, Suite 107
Anaheim, CA 92805

Coca Cola USA
Attention: President
P.O. Box 102499 Lockbox Mail
100 S. Crest Drive
Stockbridge, GA 30281-6266

Colin Cooper, CPA
275 Centennial Way
Suite 105
Tustin, CA 92780-3708

Cool Curtain Industries, Inc.
Attention: President
350-A Fischer Avenue
Costa Mesa, CA 92626-4508

DSL Extreme
Attention: President
P.O. Box 221050
Salt Lake City, UT 84122

East Hills Common Area
Bldg ID:02GT01
c/o CBRE, Inc.
P.O. Box 301105
Los Angeles, CA 90030-1105

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
397936.1

**F 9013-3.1**

| In re:                                                      | CHAPTER: 11 Case              |
|-------------------------------------------------------------|-------------------------------|
| **RSM BFS PARTNERS, a California limited partnership** Debtor(s). | CASE NUMBER: 8:08-bk-17771-TA |

Ecolab Pest Elimination
Attention: President
P.O. Box 6007
Grand Forks, ND 58206-6007

FB Johnston Group
Attention: President
P.O. Box 890962
Charlotte, NC 28289-0962

F&M Bank Visa
Attention: President
302 Pine Avenue
Long Beach, CA 90802

Freund Baking Company
Attention: James Freund, President
2050 S. Tubeway Avenue
Commerce, CA 90040

Freund Baking Company
Attention: President
P.O. Box 911457
Los Angeles, CA 90091-1238

Scott McNutt, Esq.
McNutt Law Group
188 The Embarcadero, Suite 800
San Francisco, CA 94105
Attorneys for John Gantes

Irwin Franchise Capital
Attention: Michael V. Baronio
One Maynard Drive
Park Ridge, NJ 07656

Irwin Franchise Capital Corporation
c/o Andrew K. Alper, Esq.
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048-4904

JD Gantes Airport Properties, LP
P.O. Box 52230
Irvine, CA 92619-2230

John D. Gantes & Linda B. Gantes Community Property Trust
P.O. Box 52230
Irvine, CA 92619-2230

John D. Gantes Separate Property Trust
P.O. Box 52230
Irvine, CA 92619-5223

George Gantes Separate Property Trust
P.O. Box 52230
Irvine, CA 92619-5223

Granite Telecommunications
Attention: President
P.O. Box 1405
Lewiston, ME 04243

JCS Grease Buyers
Attention: President
P.O. Box 3399
Riverside, CA 92519-3399

Marlin Leasing
Attention: President
300 Fellowship Road
Mount Laurel, NJ 08054-1727

Maximum Exhaust Cleaning Inc.
Attention: President
P.O. Box 1774
Rancho Cucamonga, 91729-1774

Millbreck LLC
Attention: President
P.O. Box 52230
Irvine, CA 92619-5223

Minuteman Plumbing
Attention: President
P.O. Box 4983
Garden Grove, CA 92842-4983

Muzak of Southern California
Attention: President
P.O. Box 71070
Charlotte, NC 28272

National Loan Acquisitions Company
c/o John P. Kreis, PC
350 S. Grand Avenue, Suite 1520
Los Angeles, CA 90071

Northgate Gonzalez Markets, Inc.
Attention: President
25422 Trabuco Road, Suite 105 #157
Lake Forest, CA 92630-2796

NuCO2
Attention: President
2800 SE Market Place
Stuart, FL 34997-4954

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
397936.1

F 9013-3.1

| In re: **RSM BFS PARTNERS, a California limited partnership** Debtor(s). | CHAPTER: **11 Case** CASE NUMBER: **8:08-bk-17771-TA** |
|---|---|

OI Distribution Inc.
Attention: Ilinaa Faria
12900 SW 89th Court
Miami, FL 33176-5803

Par Tech
Attention: President
P.O. Box 201133
Houston, TX 77216-1133

Qual Serv Corporation
Attention: President
3019 Paysphere Circle
Chicago, IL 60674-0030

Qualserv Corporation
Attention: President
1924 Paysphere Circle
Chicago, IL 60674-0019

Southern California Gas
Attention: President
P.O. Box C
Monterey Park, CA 91745-00001

Southern California Gas Company
Mass Markets Credit & Collections
The Gas Company
P.O. Box 30337
Los Angeles, CA 90030-0337

Staples
Attention: President
Dept. LA
P.O. Box 83689
Chicago, IL 60696-0001

Steffani A. Gantes Trust
P.O. Box 80340
Rancho Santa Margarita, CA 92688-0340

Taylor Trust
c/o Wells Properties
26012 Marguerite Parkway, Suite H-244
Mission Viejo, CA 92692-3263

Victor Contreras
512 Quail Drive
Lake Elsinore, CA 92530-7916

Wells Fargo Financial Leasing
c/o Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Wells Fargo Financial Leasing
Attention: President
800 Walnut Street, F4030-092
Des Moines, IA 50309-3636

West Coast Window Cleaning
c/o Ken Fuller
39252 Winchester Road, #107-301
Murrieta, CA 92563-3509

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
397936.1

**F 9013-3.1**